| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
| --- | --- |
| | 0645 2:09CR20174-06 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |
| | 3:12-00214-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| JONES, David | E/D of Michigan | DETROIT |
| | NAME OF SENTENCING JUDGE | |
| | NANCY G. EDMUNDS | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/17/2012 | TO 09/16/2015 |

OFFENSE

Conspiracy to Alter, Remove and Obliterate Vehicle Identification Numbers, 18:U.S.C 511 and 371

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN** DISTRICT OF **MICHIGAN**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Middle District of Tennessee** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/3/2012  _Nancy Edmunds_
Date  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Middle** DISTRICT OF **Tennessee**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-16-12
Effective Date  United States District Judge