# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00214 |
| | ) | JUDGE SHARP |
| DAVID THOMAS JONES | ) | |

## ORDER

Pending before the Court is a superseding petition alleging that defendant David Jones has violated the conditions of supervised release. (Docket Entry No. 15 Superseding Petition for Warrant). Mr. Jones has been detained pending resolution of this matter.

The parties jointly proposed the following agreement: The defendant shall admit to Violations 1-3 and 5 as set forth in the Superseding Petition. His supervision shall be revoked for a period of twelve months imprisonment, to be followed by a twelve month term of supervised release. The first six months of supervision shall be served at the federal halfway house in Nashville, Tennessee.

The Court finds that the defendant violated the conditions of supervised release and the term of supervision shall be revoked. Having considered the recommendations of the parties and the options available to the Court, the Court imposes the following sentence: twelve months imprisonment, to be followed by a twelve month term of supervised release. The first six months of the term of supervised release shall be served at the federal halfway house in Nashville, Tennessee.

The Court recommends that the defendant receive credit for time served since he surrendered to Fentress County, TN law enforcement on March 16, 2013, and subsequently was transferred to the custody of the United States Marshals Office.

It is so ordered on this the 22nd day of April 2013.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE